HOPE M. GOLANN, Appellant, v. ARTHUR W. GOLANN, Respondent.— In an action for an absolute divorce, the trial court, after a trial before the court without a jury, dismissed the complaint upon the merits but made provision for the custody of a child of the parties, and for the support and maintenance thereof. From that portion of the judgment, entered upon such decision, which dismissed the complaint, plaintiff appeals. Judgment, insofar as appealed from, reversed on the law and the facts and a new trial granted, with costs to appellant to abide the event. The finding that defendant did not commit adultery on the date charged is contrary to the weight of the credible evidence. It was also prejudicial error for the trial court to exclude the question propounded to defendant on his cross-examination as to whether he was then in love with the alleged corespondent. (*Kay* v. *Kay*, 235 App. Div. 25.) For the purposes of a new trial the finding of fact that defendant did not commit adultery is reversed, and the conclusion of law based thereon that the complaint be dismissed on the merits is disapproved. Lewis, P. J., Carswell, Adel, Aldrich and Nolan, JJ., concur.

In the Matter of ANNE COSDEN, Appellant, against BOARD OF STANDARDS AND APPEALS OF THE CITY OF NEW YORK et al., Respondents, and Alexander A. Haig et al., Interveners, Respondents.— In a proceeding before the Board of Standards and Appeals of the City of New York wherein appellant sought a variance of certain use district restrictions so that she might erect a gasoline service station on her property, the application was denied. Final order dismissing an order of certiorari and affirming the determination of the Board of Standards and Appeals on the merits, unanimously affirmed, with $10 costs and disbursements. No opinion. Present — Lewis, P. J., Carswell, Adel, Aldrich and Nolan, JJ.

In the Matter of JULES B. ST. GERMAIN et al., Respondents, against BOARD OF INSPECTORS OF ELECTIONS OF THE VILLAGE OF ISLAND PARK et al., Respondents, and LOUIS GUBELLI et al., Appellants.— In a summary proceeding under subdivision 4 of section 330 of the Election Law, order directing correction of the statement of canvass of the inspectors of election in accordance with the result shown by the examination of protested, void and blank ballots, and decreeing the election of named officials in accordance with the directed correction, affirmed, without costs. No opinion. Lewis, P. J., Hagarty, Carswell, Johnston and Adel, JJ., concur.

KENNILWOOD OWNERS' ASSOCIATION, INC., Respondent, v. FREDERIC R. SANBORN, Appellant, et al., Defendants.— Action to foreclose liens on real property, which are asserted under the authority of a covenant in a deed authorizing assessments for prescribed purposes. Order and judgment (one paper) granting plaintiff's motion for summary judgment and denying appellant's cross motion to dismiss the amended complaint, unanimously affirmed, with $10 costs and disbursements. No opinion. Present — Hagarty, Acting P. J., Johnston, Adel, Aldrich and Nolan, JJ.